**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Shelby Division**

Case No. 09–41026
Chapter 7

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Vincent Michael Balliro | Dolores Rosalie Balliro |
| 411 Vance Street | 411 Vance Street |
| Forest City, NC 28043 | Forest City, NC 28043 |
| Social Security No.: xxx–xx–3553 | Social Security No.: xxx–xx–0229 |

# FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

- Langdon M. Cooper is discharged as trustee of the estate of the above named debtor and the bond is cancelled.
- The chapter 7 case of the above named debtor is closed.

Dated: April 5, 2011                                                      BY THE COURT

George R. Hodges
United States Bankruptcy Judge

Electronically filed and signed (4/5/11)